No. 04–5863. GRAJEDA-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5899. HARDY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5957. SHELTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5959. BRINKLEY v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5981. BUSH v. SMITH, SUPERINTENDENT, SHAW-ANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5983. REYES v. McELROY. C. A. 2d Cir. Certiorari denied.

No. 04–5990. WAYNE v. SANTA CLARA VALLEY TRANSPORTA-TION AUTHORITY. C. A. 9th Cir. Certiorari denied.

No. 04–6006. DAMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6046. PORTILLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6136. MAYE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6257. ESPARAZA-VARELA, AKA ZAMORA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6316. ARRIETA-BUENDIA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–6346. AFFINITO v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6368. CRAWFORD v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.